**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 12, 2007**

**Charles R. Fulbruge III**
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 06-60124

RONALD THOMPSON, Etc., ET AL

Plaintiffs

RONALD THOMPSON, Individually and doing business as Forestry
Contractors

Plaintiff - Counter Defendant - Appellee

FIRST NATIONAL BANK OF PICAYUNE

Intervenor Plaintiff - Appellee

VERSUS

L S WOMACK, INC.

Defendant - Counter Claimant - Appellant

ST. PAUL FIRE & MARINE INSURANCE CO.

Defendant - Appellant

Appeal from the United States District Court
For the Southern District of Mississippi, Hattiesburg
2:02-CV-571

Before HIGGINBOTHAM, DAVIS, and WIENER, Circuit Judges.

PER CURIAM:[1]

After reviewing the record in this case and considering the briefs of the parties and argument of counsel, we are satisfied that the judgment entered on the remitted verdict is supported by substantial evidence. The district court committed no reversible error and its judgment is therefore affirmed.

AFFIRMED.

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.